# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 20, 2021

Lyle W. Cayce
Clerk

No. 20-11205
Summary Calendar

REGINALD DARREL TAYLOR,

*Plaintiff—Appellant*,

*versus*

ACADEMIC PARTNERSHIPS L.L.C.; EARL FRISCHKORN; MARY ANN DORAN; JENNIFER SHELTON; SALMAN MEHERALI; MIRANDA BAHN; MARKIYA LEWIS; SHEMAR RICE; SHERRY HARBER; CHARMAINE MARTINEZ; CARRIE HOFFMAN; DAVID RODRIGUEZ; ARKANSAS STATE UNIVERSITY,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CV-1764

Before CLEMENT, HIGGINSON, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:*

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-11205

Appellant fails to present any non-frivolous arguments on appeal. Accordingly, the judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.

It is ORDERED that all pending motions are DENIED as moot.